UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMEL PORTIS,

                        Petitioner,

v.                                                  9:16-CV-0290
                                                  (GTS/ATB)

MICHAEL KIRKPATRICK, Superintendent,
Clinton Correctional Facility,

                        Respondent.
_____

APPEARANCES:                               OF COUNSEL:

JAMEL PORTIS, 12-A-1694
  Petitioner, *Pro Se*
Clinton Correctional Facility
P.O. Box 2002
Dannemora, New York 12929

HON. ERIC T. SCHNEIDERMAN           ALYSON J. GILL, ESQ.
Attorney General for the State of New York    Assistant Attorney General
  Counsel for Respondent
120 Broadway
New York, New York 10271

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

      Currently before the Court, in this *habeas corpus* proceeding filed *pro se* by Jamel Portis ("Petitioner") pursuant to 28 U.S.C. § 2254 arising from 2012 conviction for Second Degree Criminal Conspiracy in Albany County Supreme Court, is a Report-Recommendation dated October 12, 2016, of United States Magistrate Judge Andrew T. Baxter recommending that Petitioner's Petition be denied and dismissed, and that a certificate of appealability not issue. (Dkt. No. 19.) Petitioner has not filed an objection to the Report-Recommendation and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the

papers in this action, the Court can find no clear error[1] in Magistrate Judge Baxter's Report-Recommendation: Magistrate Judge Baxter employed the proper legal standards, accurately recited the facts, and correctly applied the law to those facts. (Dkt. No. 19, at Part II-IV.) As a result, the Court accepts and adopts Magistrate Judge Baxter's Report-Recommendation in its entirety for the reasons stated therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 19) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that a certificate of appealability not issue with respect to any of the claims set forth in the Petition, because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

Dated: November 17, 2016
Syracuse, New York

HON. GLENN T. SUDDABY
United States District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).